IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 15 2022

JEFFREY P. COLWELL
CLERK

_____Isacc Headley_____, Plaintiff,

v.

_____Nimish Bhatt, MD_____,
_____Kristina Munoz, MD____,
_____Adult Emergency Care Center__,
_____Denver Health_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. Tracc Headley #539605
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   10500 E. Smith Rd., Denver Colorado 80239

2. Nimish Bhatt M.D.
   (Name, title, and address of first defendant)
   660 N. Bannock, Pavilion L Suite 1057 Denver Colo 80204
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   No, Malpractice Suit, allowed Petitioner to leave not rightful state of mind.

3. Kristina Munoz M.D.
   (Name, title, and address of second defendant)
   660 N. Bannock Pavilion L Suite 1057 Denver Colorado 80204
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   No Malpractice Suit, allowed the Petitioner to leave in a Dangerous State of mind

4. Adult Emergency Unit, Care
   (Name, title, and address of third defendant)
   660 N. Bannock Pavilion L Suite 1057 Denver Colo 80204
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   No Allowed Petitioner to leave the Care Center in a dangerous state of mind.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                              2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    __X__ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _____ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Medical malpractice, State Created Danger, Malicious misconduct, Defimation of Character, Cruel & unusual punishment, Crime of Passion, fruit of the tree.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: **Medical misconduct**

   Supporting Facts: On or about said date Petitioner was not feeling well. As time of day progressed the mentality of Petitioner realized something was not mentally right and the thoughts of suicide and hurting others grew in a upward scale and to be safe for others and himself, went to the Emergency Adult Care and stated "a danger to himself and others and was scared and concerned for public safety."

(Rev. 1/30/07)                                   4

2. Claim Two: "Cruel, & unussual Punishment"

Supporting Facts:

That on Said Date Petitioner was Seen By Nimish Bhatt, M.D. and Kristina Munoz, M.D. for Drug/Alchohol Assessment and for Being Suicidal Diagnoses; Severe Dependence & Methamphetamine use, yet as the Drug Screen was returned was negative for Such as the nurse, or M.D, Nimish & Kristina Stated and is where defimation and "Danger is inisheated;"

(Rev. 1/30/07)              5

3. Claim Three: <u>Cause & effect</u>

Supporting Facts: "fruit of the tree" Petitioner was seen and in said mental state of mind to hurt others and himself and continuously told said staff made a careless effort to either hold Petioner for the 24/72 hours to be under observation was instead, Released into the Public after multiple attempts to not let him leave, was told to go, and the exact situation of hurting a Civilian occured, and causing Petitioner to recieve incarceration that could of been avoided,

(Rev. 1/30/07)

6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   _X_ Yes ___ No (CHECK ONE).   18-188651 included)

2. Did you exhaust available administrative remedies? _X_ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                                  7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

The Petitioner Prays for the $100,000 for the cause of malpractice and loss of liberties that may exceed $100,000 upon outcome of charges that were created by the action of said defendants

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  4-9-22
                (Date)

_____Isac Hendley_____
(Prisoner's Original Signature)

#539605

22 B

(Rev. 1/30/07)                               8

# INFORMATION AND INSTRUCTIONS FOR FILING
# A PRISONER COMPLAINT

Attached are the forms you will need to file a Prisoner Complaint. All questions must be answered clearly and concisely in the appropriate space on the forms. Attach an additional page if you need extra space to answer a question, clearly identifying the question to which the additional page pertains. Absent prior order of the court, the total length of the Prisoner Complaint, including the form and all additional pages, may not exceed thirty pages. Pursuant to the Court's local rules, the Prisoner Complaint and all other papers must be typewritten or legibly handwritten, text shall be printed on only one side of each page, all documents must be filed on paper that measures 8.5 inches by 11 inches, and all papers shall include margins of 1.5 inches at the top and 1 inch at the left, right, and bottom.

You should exercise care to assure that all answers are true, correct, and complete. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You must sign each form. Further instructions for completing these forms are provided below.

**The Filing Fee and 28 U.S.C. § 1915**

1. Prisoners seeking leave to proceed under 28 U.S.C. § 1915 must comply with the following procedures. Section 1915(h) defines a "prisoner" as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."

2. The complaint must be accompanied by the full $350.00 filing fee plus an administrative fee of $50.00, for a total of $400.00. If you want to commence an action without prepayment of fees or security, you must file a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. You also must submit a signed authorization for disbursement of funds from your inmate trust fund account and a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each penal institutional at which you are or were confined during the six-month period. The court cannot consider the merits of the claims asserted in any complaint filed without either the entire $400.00 fee or a properly completed motion, affidavit, authorization, and certified copy of your trust fund account statement (or institutional equivalent).

3. If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee (but not the $50.00 administrative fee) in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

(Rev. 5/1/13)

**The Complaint**

1. Each named defendant must be listed in the caption of the complaint, one defendant per line pursuant to D.C.COLO.LCivR10.1J. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2. You must provide the court with an original complaint. You should keep a copy of the complaint for your own records. The court will not provide a copy for you.

3. When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

> Clerk of the Court
> Alfred A. Arraj United States Courthouse
> 901 19th Street, Room A105
> Denver, CO 80294-3589

4. You must furnish the opposing party or his, her, or its attorney with a copy of all documents submitted to the court for filing and consideration. Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document received which fails to include a certificate of service may be disregarded by the court or returned. An example of a certificate of service is:

> I hereby certify that a copy of the foregoing pleading/document was mailed to _____ (defendant(s) or counsel for defendant(s)) at _____ (address) on _____, 20___.
>
> _____
> Plaintiff's Original Signature

5. The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.